# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>    Plaintiff,<br><br>vs.<br><br>ERNESTINA VARGAS D/B/A TACO TAPATIO; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:25-cv-05337-WLH (AJRx)**<br><br>**Judgment Re: Default Judgment**<br><br>Date: October 3, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Honorable Judge Wesley L. Hsu |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MICHAEL RHAMBO shall have JUDGMENT in Plaintiff's favor in the amount of $1,190.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $5,190.00, against Defendant ERNESTINA VARGAS D/B/A TACO TAPATIO.

1       Additionally, Defendant ERNESTINA VARGAS D/B/A TACO TAPATIO, is
2 ordered to provide an accessible parking space at the property located at or about 502 E
3 Foothill Blvd., Azusa, California, in compliance with the Americans with Disabilities Act
4 Accessibility Guidelines.

6 Dated: October 17, 2026

                                          HON. WESLEY L. HSU
                                          UNITED STATES DISTRICT JUDGE